

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00069-CR

_____

JEFFREY DWAYNE BLANKENSHIP, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 271st District Court
Jack County, Texas
Trial Court No. 4839

Before Sudderth, C.J.; Bassel and Womack, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

On January 31, 2020, we granted Appellant's "Agreed Plea in Abatement and Motion to Remand," abated the appeal, and remanded the case to the trial court for a hearing on the parties' proposed plea agreement. Upon the filing of the supplemental clerk's record on February 24, 2020, this appeal was automatically reinstated.

On February 27, 2020, Appellant filed an unopposed motion to dismiss his appeal. The supplemental clerk's record reflects that on February 21, 2020, Appellant filed an unopposed motion to set aside the judgment, subject and contingent to the trial court's acceptance of the parties' plea agreement. The trial court granted the motion, set aside its earlier judgment, and rendered a new judgment pursuant to the parties' plea agreement.[1] In his motion, Appellant asks that we dismiss his case pursuant to the plea agreement.

We grant Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 5, 2020

---

[1]The trial court's new certification of Appellant's right of appeal reflects that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).